

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

## No. 02-18-00185-CV

IN THE INTEREST OF R.A. AND D.A., CHILDREN

§ On Appeal from the 231st District Court

§ of Tarrant County (231-617402-17)

§ November 8, 2018

§ Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Father shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth